Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
THE FULLER LAW FIRM
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852
Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:                                                          Chapter 13
                                                                Case No.: 09-57362-RLE
       EDWIN L. PINA,
          MAILENE MAC                       APPLICATION FOR COMPENSATION;
                                                                DECLARATION
Debtor(s)_____/

1.     Debtor(s') attorney, _____Lars T. Fuller_____, requests the approval of attorney's fees in the sum of $4,100.00_____ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $1,250.00__ has been previously paid to Debtor(s') attorney.

2.     In addition to the basic case, the Debtor(s') case involves:
       _X_   Real property claims
       ___   Compromise plan use
       _X_   Certain additional real property: _**1**_ piece(s)
       ___   State or federal tax claims
       ___   Vehicle loans or leases
       ___   An operating business
       ___   Support arrears
       ___   Student loans
       ___   25 or more creditors
       ___   Motion to commence or extend the automatic stay

3.     A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.     All fees are subject to Court approval, whether paid in advance or through the plan.

     I, the undersigned, declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.


Dated: ___8/31/2009_____                                  _/s/ Lars T. Fuller_____
                                                           Attorney for Debtor(s)

Rev. 6/06