DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

PINA, EDWIN

MAC, MAILENE

          Debtor(s)

Chapter 13
Case No. 09-5-7362 RLE

FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: DECEMBER 10, 2009
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3099
      San Jose, CA
Judge: Roger L. Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee objects to feasibility of the proposed plan pursuant to 11 U.S.C. § 1325(a)(6) for the following reason: The proposed plan does not provide for arrears and/or on-going payments to junior lienholders on real property because a motion or adversary to eliminate the lien will be filed. The proposal does not demonstrate how the debtors will be able to pay the amounts due to junior lienholders in the event the debtors are not successful in eliminating the lien.

2. The Trustee is unable to determine whether 1322(b)(5) is met. Pursuant to "Other Provisions" on the plan states that "The claim of Chase Mortgage, it assignees, successors, predecessors, and agents (loan No. 2002479591) relating to debtor's real property at 16654 San Benito Plan in Morgan Hill, CA 95037 being totally under-secured shall be paid concurrent with unsecured creditors pursuant to Paragraph 2(d) of the Plan. Debtor shall cease making payments to Chase Mortgage, its assignees, successors, predecessors, and agents (Loan No. 2002479591.)" and "Chase Mortgage, it assignees, successors, predecessors, and agents shall be required to re-covey its second trust deed as to Loan No. 2002479591 conditioned on (1) debtor obtaining a judgment in an adversary proceeding or order after motion to avoid the security interest of Chase Mortgage, its assignees, successors, predecessors, and agents and valuation of underlying collateral, and (2) debtor obtaining a discharge in the herein case." Schedule D lists that account number for CitiMortgage. The Trustee requests the plan be amended and noticed on the appropriate creditors.

3. Schedule A lists total liens on the debtors' rental property as $307,930; however, Schedule D lists liens totaling $313,650. Because of this inconsistency, the Trustee is unable to determine whether the liquidation test in 11 U.S.C. §1325(a)(4) is met. The appropriate schedule must be amended.

4. Schedule A lists total liens on the debtors' primary residence as $653,285; however, Schedule D lists liens totaling $655,085. Because of this inconsistency, the Trustee is unable to determine whether the liquidation test in 11 U.S.C. §1325(a)(4) is met. The appropriate schedule must be amended.

5. The Trustee is unable to determine whether all of the debtors' projected disposable income is being applied to pay unsecured creditors under the plan as required by 11 U.S.C. § 1325(b)(1)(B). The Trustee requests the debtor Edwin Pina provide the last pay advice received January 2009.

6. The debtor Mailene Mac has failed to comply with 11 U.S.C.§521 (a)(1)(B)(iv) because she has failed to provide the Trustee with copies of her pay advices for June 23, 2009 through July 12, 2009.

Dated: November 24, 2009　　　　　　　　　　/S/ Devin Derham-Burk

　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I declare that I am a citizen of the United States, over the age of 18 years, not a party to |
| 4 | the within cause; my business address is 983 University Ave. C-100, Los Gatos, California |
| 5 | 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope |
| 6 | in the U.S. Mail at Los Gatos, California on November 24, 2009. |
| 7 | Said envelopes were addressed as follows: |

EDWIN PINA & MAILENE MAC
16654 SAN BENITO PL
MORGAN HILL CA 95037

THE FULLER LAW FIRM
60 N KEEBLE AVE
SAN JOSE CA 95126

/S/__Clotilde Costa_____
Office of Devin Derham-Burk, Trustee