Lars T. Fuller (Bar No.141270)
Sam Taherian (Bar No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
San Jose, A 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT CALIFORNIA

# SAN JOSE DIVISION

In re:

    EDWIN L. PINA,

    MAILENE MAC

         Debtors

Case No.: 09-57362-RLE

CHAPTER 13

PRE-HEARING CONFERENCE STATEMENT

Hearing Date:   April 15, 2010
Time:   2:00 PM
Courtroom:   3099
Judge:   Hon. Efremsky

COME NOW DEBTORS and pursuant to the Objection to Confirmation issued by the Trustee, respond as follows:

1. <u>Date Objection Filed</u>:

   Trustee:   October 15, 2009; November 24, 2009 (First-amended); February 3, 2010 (Second-Amended); February 8, 2010 (Third-Amended)

2. <u>Date of Initial Conference and Subsequent Conf</u>.

   Trustee:   None; debtors will comply

3. <u>Statement of Legal and Factual Issue</u>

  The Trustee objects to debtors' confirmation based on the grounds that: (1) Debtor, Edwin Pina, failed to provide a copy of his last payment advice received in January 2009; (2) Debtor,

Mailene Mac, failed to provide to the Trustee a copy of her payment advices for the period of June 23, 2009 through July 12, 2009; (3) Schedule D lists Chase Home Finance (account number 0110092346) as the second deed of trust holder on Debtors' Morgan Hill property, whereas the "other provisions" of the plan state that Chase Mortgage (account number 2002479591) is the second deed of trust holder for the property.

**Point 1 & 2.** Debtors submitted their declarations regarding the missing payment advices on January 28, 2010.

**Point 3.** Debtors respectfully disagree. The Attachment to Plan identifies "Chase Mortgage, its assignees, successors, predecessors, and agents" which Debtors believe adequately describes Chase Home Finance as well as Chase Mortgage.

4. <u>Discovery</u>. None

5. <u>Request</u>. Debtors believe that the case is ready for confirmation.

Dated: March 15, 2010         THE FULLER LAW FIRM


By: /s/ Sam Taherian
SAM TAHERIAN
Attorney for Debtors