```
LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM
60 North Keeble Ave.
San Jose, CA 95126
Telephone:(408) 295-5595
Facsimile: (408) 295-9852

Attorney for Debtor(s)
```

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EDWIN L. PINA,<br>MAILENE MAC<br><br>　　　　　Debtor(s). | Case No.: 09-57362-RLE<br><br>**AMENDMENT TO SCHEDULE(S)**<br><br>CHAPTER 13 |

　　　　COME NOW Debtors Edwin L. Pina and Mailene Mac amend their schedule(s) as follows:

Dated: March 23, 2010　　　　　　　　　　　　　　THE FULLER LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　　By:__/s/Sam Taherian
　　　　　　　　　　　　　　　　　　　　　　　　　SAM TAHERIAN
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

　　　　We declare under penalty of perjury under the laws of the United States of America that the attached schedule(s) are true and correct.

Dated: March 23, 2010　　　　　　　　　　　　　　_/s/ *Edwin L. Pina*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Edwin L. Pina, Debtor

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ *Mailene Mac*_____
　　　　　　　　　　　　　　　　　　　　　　　　Mailene Mac, Joint Debtor

B6B (Official Form 6B) (12/07)

In re   Edwin L. Pina & Mailene Mac                            Case No. 09-57362-RLE
                    Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Debtor's residence | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank deposit account<br>Morgan Hill, CA | W | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br>Debtors' residence | J | 1,000.00 |
| | | Linens, sheets, towels, mattress, box spring<br>Debtors' residence | C | 175.00 |
| | | Personal computer<br>Debtors' residence | J | 300.00 |
| | | Refrigerator<br>Debtors' residence | J | 300.00 |
| | | Small kitchen appliances<br>Debtors' residence | J | 100.00 |
| | | TV, stereo, other electronics<br>Debtors' residence | J | 400.00 |

**AMENDED**

In re  Edwin L. Pina & Mailene Mac          Case No. 09-57362-RLE
       Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Washer and dryer<br>Debtors' residence | J | 300.00 |
| | | Children's toys and video games<br>Debtor's residence | J | 300.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and wearing apparel<br>Debtor's residence and debtors' persons | J | 1,000.00 |
| 7. Furs and jewelry. | | Jewelry and watches<br>Debtors' residence and debtors' persons | J | 1,800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | UBS employee stock ownership account<br>UBS Financial Services<br>Secaucus, NJ | H | 40,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Possible claim against Craig Bassett, Esq. Santa Clara, CA  Attorney has listed Debtors' full social security number on court records. Debtors are informed and believe that this may be a violation of their right to privacy. | J | 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Mitsubishi Galant (150K) miles  Debtor's residence  Value per KBB | H | 1,940.00 |
| | | 2005 Honda Odyssey (80K miles)  Debtor's residence  Value per KBB | W | 11,935.00 |
| | | 50% interest in 2007 Honda Civic (30K miles)  In possession of son (co-owner)  Amounts represents Debtor's 50% interest | W | 4,800.00 |



In re  Edwin L. Pina & Mailene Mac  
       **Debtor**

Case No. 09-57362-RLE  
      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim to recover funds garnished by defendants in Adversary Proceeding filed on 2/23/2010, gross amount $5,228.43 (A) | H | 5,228.00 |

                0  continuation sheets attached    Total    $ 69,779.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31614 - Adobe PDF

B6C (Official Form 6C) (12/07)



In re   Edwin L. Pina & Mailene Mac                     Case No. 09-57362-RLE
        Debtor                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                   ☐ Check if debtor claims a homestead exemption that exceeds
☑ 11 U.S.C. § 522(b)(3)                       $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 1998 Mitsubishi Galant (150K) miles | C.C.P. 703.140(b)(5) | 1,940.00 | 1,940.00 |
| 2005 Honda Odyssey (80K miles) | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,300.00<br>8,635.00 | 11,935.00 |
| 50% interest in 2007 Honda Civic (30K miles) | C.C.P. 703.140(b)(5) | 1,050.00 | 4,800.00 |
| Cash on hand | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Clothing and wearing apparel | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Furniture | C.C.P. 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Linens, sheets, towels, mattress, box spring | C.C.P. 703.140(b)(3) | 175.00 | 175.00 |
| Personal computer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Refrigerator | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Small kitchen appliances | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| TV, stereo, other electronics | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Washer and dryer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Citibank deposit account | C.C.P. 703.140(b)(5) | 320.00 | 150.00 |
| UBS employee stock ownership account | C.C.P. 703.140(b)(10)(E) | 40,000.00 | 40,000.00 |
| Jewelry and watches | C.C.P. 703.140(b)(4) | 400.00 | 1,800.00 |
| Possible claim against Craig Bassett, Esq. | C.C.P. 703.140(b)(5) | 1.00 | 1.00 |
| Children's toys and video games | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Claim to recover funds garnished by defendants in Adversary Proceeding filed on 2/23/2010, gross amount $5,228.43 (A) | C.C.P. 703.140(b)(5) | 5,228.00 | 5,228.00 |
|  | Total exemptions claimed: | 64,799.00 |  |